08 CIV 5679

Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

THE BARTON GROUP, INC.,

        Plaintiff,                          No.

versus

NCR CORPORATION,                 RULE 7.1 STATEMENT

        Defendant.

-----------------------------------------------------------x

       Pursuant to Fed. R. Civ. P. 7.1, defendant NCR Corporation discloses that it has no parent corporation and that no publicly traded corporation owns ten percent or more of its securities.

Dated: New York, NY
       June 24, 2008

                                                      Ira G. Greenberg
                                                      EDWARDS ANGELL PALMER & DODGE LLP
                                                        Attorneys for Defendants
                                                        750 Lexington Avenue, 8th floor
                                                        New York, NY 10022
                                                        (212) 308-4411

NYC 305390.1

- 2 -

TO:

Harry P. Sacks, Esq.
HOLLAND & KNIGHT LLP
Attorneys for Plaintiff
195 Broadway, 24th floor
New York, NY  10007
(212) 513-3200