UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BARTON GROUP, INC.,                         **08 Civ. 5679**

                    Plaintiff,

        -against-                               **AFFIDAVIT OF SERVICE**

NCR CORPORATION,

                    Defendant.

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK     )

        Glenn M. Huzinec, being duly sworn, deposes and says: I am over the age

of 18, not a party to the above action, and on the 24th of June 2008, I caused true copies of the

following documents:

NOTICE OF REMOVAL, CIVIL COVER SHEET, RULE 7.1 STATEMENT, INDIVIDUAL

RULES OF JUDGE LYNCH and MAGISTRATE JUDGE MAAS and the ECF RULES

FOR THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF

NEW YORK  to be served upon:

                    Holland & Knight
                    195 Broadway – 24th Floor
                    New York, NY  10007

NYC 296065.1

NYC 305586.1

by depositing a true copies of said documents enclosed in a prepaid, sealed wrapper, properly

addressed to the above-named party, into an official depository under the exclusive care and

custody of the United States Postal Service, first class mail, within the State of New York

_____
Glenn M. Huzinec

Sworn to before me this
24th day of June, 2008

_____
Notary Public

**JOHN FRANCAVILLO**
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20__

NYC 296065.1

NYC 305586.1