Harry P. Sacks
Steven Raffaele
HOLLAND & KNIGHT LLP
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3200

Attorneys for Plaintiff
The Barton Group, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BARTON GROUP, INC.,<br><br>                    Plaintiff,<br><br>        -against-<br><br>NCR CORPORATION,<br><br>                    Defendant. | 08 Civ. 5679 (GEL)(FM)<br><br>**DEMAND FOR JURY TRIAL** |

   Pursuant to Rule 38 of the Federal Rules of Civil Procedures, The Barton Group, Inc., by and through its attorneys Holland & Knight LLP, hereby demands trial by jury of all issues triable by jury in this matter.

- 2 -

Dated: New York, NY
       August 27, 2008

                              Respectfully submitted,

                              HOLLAND & KNIGHT LLP

                              By: /s/ Steven Raffaele
                                   Harry P. Sacks
                                   Steven Raffaele
                              195 Broadway
                              New York, New York  10007
                              (212) 513-3200

TO:    Ira G. Greenberg
         Edwards Angell Palmer & Dodge LLP
         Attorneys for Defendant
         750 Lexington Avenue
         New York, NY 10022
         212-308-4411

# 5568435_v1

CERTIFICATE OF SERVICE

I hereby certify, pursuant to Title 28 U.S.C. §1746, that on August 27, 2008,

I served a true and correct copy of the attached Demand for Jury Trial,

by mailing it in a sealed envelope, with postage prepaid thereon, in an official

depository of the U.S. Postal Service, to be delivered by First Class Mail to:

Ira G. Greenberg
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2008.

Elvin Ramos
Holland & Knight LLP
195 Broadway
New York, NY 10007