Harry P. Sacks
Steven Raffaele
HOLLAND & KNIGHT LLP
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3200

Attorneys for Plaintiff
The Barton Group, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BARTON GROUP, INC., <br><br> Plaintiff, <br><br> -against- <br><br> NCR CORPORATION, <br><br> Defendant. | 08 Civ. 5679 (GEL)(FM) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the firm of Holland & Knight LLP hereby appears in the action on behalf of the Plaintiff The Barton Group, Inc. and requests that it be served with a copy of all future pleadings, discovery and submissions to the Court.

Dated: New York, New York
       August 28, 2008

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
    Harry P. Sacks

TO:  Ira G. Greenberg, Esq.
     EDWARDS ANGELL PALMER & DODGE LLP
     Attorneys for Defendant
     750 Lexington Avenue, 8th Floor
     New York, New York 10022
     (212) 308-4411

# 5576276_v1