UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

THE BARTON GROUP, INC.,                :

                Plaintiff,          :        **ORDER**

    - against -                         :        08 Civ. 5679 (LTS)(FM)

NCR CORPORATION,                       :

                Defendant.         :

----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/13/09

    Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

1. By January 8, 2010, the plaintiff shall identify its experts and provide a general description of the subject matter of each expert's testimony.

2. By February 19, 2010, the plaintiff shall serve its expert reports and the materials required by Fed.R.Civ.P. 26(a)(2).

3. Defendant shall serve its rebuttal expert reports and the materials required by Fed.R.Civ.P. 26(a)(2) by March 26, 2009.

4. All discovery shall be completed by April 16, 2010.

5. A further telephone conference shall be held on April 7, 2010 at 10 a.m. Counsel for the plaintiff should initiate the conference by calling Chambers at (212) 805-6727.

SO ORDERED.

Dated: New York, New York
November 12, 2009

FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Laura Taylor Swain
United States District Judge

Harry P. Sacks, Esq.
Sean Sheely Esq.
Steven M. Raffaele, Esq.
Holland & Knight LLP
Fax: (212) 385-9010

Ira G. Greenberg, Esq.
Edwards Angell Palmer & Dodge, LLP
Fax: (212) 308-4844/(888) 325-9157